LARRY O. FOLKS, #012142
**FOLKS & O'CONNOR, PLLC**
1850 North Central Avenue, Suite 1140
Phoenix, AZ 85004
Telephone: (602) 256-5906
Facsimile: (602) 256-9101
E-mail: folks@folksoconnor.com

*Attorneys for M&I Marshall And Ilsley Bank,
a Wisconsin corporation*

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TREVOR CRAIG BAUGH,<br><br>Debtor.<br><hr>M&I MARSHALL & ILSLEY BANK,<br><br>Movant,<br><br>vs.<br><br>TREVOR CRAIG BAUGH, DEBTOR;<br><br>Respondent, | Chapter 11 Proceeding<br><br>Case No.: 4:09-bk-04901-EWH<br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC BANKRUPTCY STAY AND MAILING OF PROPOSED FORM OF ORDER**<br><br>**REAL PROPERTY; A DUPLEX LOCATED AT 482-484 SOUTH CONVENT AVENUE, TUCSON, AZ 85701** |

NOTICE IS HEREBY GIVEN that on the 16th day of April, 2009, M&I Marshall & Ilsley Bank ("Movant") filed its "Motion for Relief from the Automatic Bankruptcy Stay" ("Motion for Relief") seeking relief from the automatic bankruptcy stay to allow Movant to exercise its state law rights and remedies in and to certain property located at 482-484 South Convent Ave., Tucson, AZ 85701 (the "Property") which is specifically described by a Deed of Trust attached to the Motion for Relief as **Exhibit B** along with mailing to the interested parties provided below a proposed form of Order approving the Motion.

NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 4001-1, if no written objection to the Motion for Relief is filed with the Court, with a copy thereof served on Movant's attorney, whose address is: Larry O. Folks, Folks & O'Connor, PLLC, 1850 N. Central Ave, #1140, Phoenix, Arizona 85004 within fifteen (15) days of service of this Notice,

then the Court may grant the Motion without further notice or hearing.

DATED this 16th day of April, 2009.

**FOLKS & O'CONNOR, PLLC**

By /s/ Larry O. Folks
Larry O. Folks
1850 North Central Avenue, Suite 1140
Phoenix, Arizona 85004
(602) 256-5906
*Attorneys for M&I Marshall And Ilsley Bank, a Wisconsin corporation*

**COPY** of the foregoing forwarded by first-class mail this 16th day of April, 2009, to:

Trevor Craig Baugh
92 West Simpson Street
Tucson, AZ 85701
*Debtor*

Eric Slocum Sparks, Esq.
Eric Slocum Sparks, PC
110 South Church Avenue, Suite 2270
Phoenix, AZ 85701
*Attorney for the Debtors*

List of Twenty Largest Unsecured Creditors

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

By /s/ Kathlyn Maez
*An employee of Folks & O'Connor, PLLC*