Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | No. 4-09-BK-04901-EWH |
|---|---|---|
| TREVOR CRAIG BAUGH | ) | Chapter 11 |
| Debtor. | ) | CERTIFICATE OF MAILING |

State of Arizona )
) ss.
COUNTY OF PIMA )

Gina Gianforti, upon her oath, deposes and says:

1. I am employed by Eric Slocum Sparks, P.C. and make this affidavit upon my personal knowledge.

2. On March 23, 2009 I caused to be mailed, postage prepaid, a copy of the attached Notice of Hearing for Case Management. (Exhibit "A").

(3) This Notice was mailed to all interested parties, the United States Trustee, and creditors listed on the master mailing matrix per the attached (Exhibit "B").

DATED: May 4, 2009.

/s/ Gina Gianforti
Gina Gianforti

SUBSCRIBED AND SWORN to May 4, 2009 by Gina Gianforti.

/s/ Kathleen Horak
Notary Public

Commission Expires July 31, 2011

Official Seal
NOTARY PUBLIC
STATE OF ARIZONA
County of Pima
KATHLEEN A. HORAK
My Commission Expires July 31, 2011

```
 1  Eric Slocum Sparks
    Arizona State Bar No. 11726
 2  LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
    110 South Church Avenue, #2270
 3  Tucson, Arizona 85701
    Telephone (520) 623-8330
 4  Facsimile (520) 623-9157
    eric@ericslocumsparkspc.com
 5
    Attorney for Debtors
 6
                    IN THE UNITED STATES BANKRUPTCY COURT
 7
                        FOR THE DISTRICT OF ARIZONA
 8
    In re:                        )
 9                                )
    TREVOR CRAIG BAUGH,           )
10                                )   No. 4:09-bk-04901-EWH
                                  )   Chapter 11
11                                )
         Debtor.                  )   NOTICE OF HEARING
12  _____)
```

13       PLEASE TAKE NOTICE that a Case Management Hearing pursuant to the Order attached in

14 the above will be held before the Honorable Eileen W. Hollowell at the United States Bankruptcy Court,

15 38 S. Scott Ave. Room 446, Tucson, Arizona on **April 30, 2009 at 10:00 a.m.**

16       DATED March 23, 2009.

                                                         LAW OFFICES OF
17                                                          ERIC SLOCUM SPARKS, P.C.

18

                                                        /s/ Sparks #11726
19                                                          Eric Slocum Sparks
                                                         Attorney for Debtors

```
20
    COPIES of the foregoing
21  mailed March 23, 2009 to:

22  UNITED STATES TRUSTEE
    230 N. First Ave. #204
23  Phoenix, Arizona 85003

24  All parties in interest and
    creditors listed on the
25  master mailing matrix

26
```
/s/ K. Horak

27

28

FORM o11csewh

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                        Case No.: 4:09-bk-04901-EWH

TREVOR CRAIG BAUGH         Chapter: 11
92 W. SIMPSON ST.
TUCSON, AZ 85701
**SSAN:** xxx-xx-1318
**EIN:**

Debtor(s)

## CASE MANAGEMENT ORDER

The above captioned case was filed as a Chapter 11 reorganization proceeding.

Therefore, in order to efficiently process this Chapter 11 case to prompt conclusion, a status hearing will be held at the U.S. Bankruptcy Court, James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 446, Tucson, AZ on 4/30/09 at 10:00 AM. Debtor's counsel shall give notice of this hearing to the United States Trustee, the 20 largest unsecured creditors, and to any attorney or other party-in-interest which has appeared in this case. At such status hearing, counsel and the court shall address the following issues and schedule future hearings, as necessary:

1. Whether counsel has been appointed;
2. Whether reports to the U.S. Trustee have been filed and are current;
3. Whether administrative, operating expenses have been paid on a current basis;
4. The status of all FICA, FUTA and other employee withholdings (failure to abide by the law with respect to these issues may constitute immediate cause for conversion to Chapter 7);
5. An "inventory" of problems which the debtor must resolve in the case;
6. Proposed deadline for:
   a. Filing objections to claims;
   b. Avoidance actions;
   c. Disclosure statement;
   d. Resolution of other pending litigation.

Failure to file monthly operating reports to the U.S. Trustee or to pay quarterly fees, may constitute grounds for immediate conversion to Chapter 7 or dismissal of the case.

This case management order is governed by 11 U.S.C. § 105.

**Date:** March 20, 2009                  BY THE COURT

**Address of the Bankruptcy Clerk's Office:**     HONORABLE Eileen W. Hollowell
U.S. Bankruptcy Court, Arizona               United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701-1704
Telephone number: (520) 202-7500
www.azb.uscourts.gov

```
Label Matrix for local noticing      U.S. Bankruptcy Court, Arizona      ADVANTA BANK CORP
0970-4                                38 S. Scott Avenue                  P.O. BOX 8088
Case 4:09-bk-04901-EWH                Tucson, AZ 85701-1704               Philadelphia PA 19101-8088
District of Arizona
Tucson
Mon Mar 23 11:15:12 MST 2009

AMERICAN EXPRESS                      AMERICAN EXPRESS BLUE               ARIZONA DEPT OF REVENUE
P.O. BOX 0001                         P.O. BOX 0001                       1600 W. MONROE
Los Angeles CA 90096-0001             Los Angeles CA 90096-0001           7TH FLOOR
                                                                          Phoenix AZ 85007-2650

BANK OF AMERICA                       CHASE                               CHASE BANK
P.O. BOX 15726                        P.O. BOX 94014                      P.O. BOX 13489
Wilmington DE 19886-5726              Palatine IL 60094-4014              Phoenix AZ 85002-3489

COMPASS BANK                          (p)DISCOVER FINANCIAL SERVICES LLC  FOLKS & O'CONNOR
P.O. BOX 2210                         PO BOX 3025                         1850 N CENTRAL AVE
Decatur AL 35699-0001                 NEW ALBANY OH 43054-3025            SUITE 1140
                                                                          Phoenix AZ 85004-4586

GROCER CREDIT                         HOME DEPOT CREDIT SERVICES          HSBC
501 E. HIGHLAND ST.                   P.O. BOX 6028                       P.O. BOX 60119
Boise ID 83706-6518                   The Lakes NV 88901-6028             City Of Industry CA 91716-0119

(p)INTERNAL REVENUE SERVICE           JUDY CLARK                          LITTON LOAN SERVICING
CENTRALIZED INSOLVENCY OPERATIONS     233 MAIN ST                         4828 LOOP CENTRAL DRIVE
PO BOX 21126                          Tucson AZ 85701-7205                Houston TX 77081-2166
PHILADELPHIA PA 19114-0326

LOWE'S                                M&I BANK                            NATIONAL CITI
P.O. BOX 53914                        P.O. BOX 2035                       P.O. BOX 856176
Atlanta GA 30353-0914                 Milwaukee WI 53201-2035             Louisville KY 40285-6176

NATIONAL CITY MTG.                    PIMA COUNTY TREASURER               PIMA COUNTY TREASURER
P.O. BOX 54828                        115 N. CHURCH AVENUE                PO BOX 29011
Los Angeles CA 90054-0828             Tucson AZ 85701-1199                Phoenix AZ 85038-9011

POPULAR MORTGAGE                      PROSPER MARKET PLACE                THD/CBSD
P.O. BOX 13489                        268 BUSH STREET, P.O. BOX 3134      PO BOX 20507
Philadelphia PA 19101-3489            San Francisco CA 94104-3503         Kansas City MO 64195-0507

TIFFANY & BOSCO                       TRU-GROCER                          TRU-GROCER CREDIT UNION
2525 E CAMELBACK                      P.O. BOX 8145                       P.O. BOX 8145
SUITE 300                             Boise ID 83707-2145                 Boise ID 83707-2145
Phoenix AZ 85016-9240
```

| | | |
|---|---|---|
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | VANTAGE WEST CREDIT UNION<br>P.O. BOX 15115<br>Tucson AZ 85708-0115 | WELLS FARGO<br>P.O. BOX 30086<br>Los Angeles CA 90030-0086 |
| WELLS FARGO<br>P.O. BOX 54780<br>Los Angeles CA 90054-0780 | ERIC SLOCUM SPARKS<br>ERIC SLOCUM SPARKS PC<br>110 S CHURCH AVE #2270<br>TUCSON, AZ 85701-7621 | TREVOR CRAIG BAUGH<br>92 W. SIMPSON ST.<br>TUCSON, AZ 85701-2242 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DISCOVER CARD<br>P.O. BOX 30395<br>Salt Lake City UT 84130-0395 | INTERNAL REVENUE SERVICE<br>210 E. EARLL ST.<br>Phoenix AZ 85012 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     0<br>Total                  35 |

## File a Notice of Hearing :

4:09-bk-04901-EWH TREVOR CRAIG BAUGH

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 4 (Tucson) |
| Assets: y | Judge: EWH | |

**U.S. Bankruptcy Court**

**District of Arizona**

Notice of Electronic Filing

The following transaction was received from ERIC SLOCUM SPARKS entered on 3/23/2009 at 11:14 AM AZ and filed on 3/23/2009
**Case Name:**　　　TREVOR CRAIG BAUGH
**Case Number:**　　4:09-bk-04901-EWH
**Document Number:** 7

**Docket Text:**
Notice of Hearing *of Case Management* filed by ERIC SLOCUM SPARKS of ERIC SLOCUM SPARKS PC on behalf of TREVOR CRAIG BAUGH (related document(s)[5] Chapter 11 Case Management Order (EWH)) Hearing set for 4/30/2009 at 10:00 AM at 38 S. Scott Avenue, Courtroom 446, Tucson, AZ (Tucson Court - JMM/EWH).(SPARKS, ERIC)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Server_D_Drive\CLIENTS\Baugh, C\Case Mngt Hrg.Ntc.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=3/23/2009] [FileNumber=13525262-0
] [428b63ea630911daf15b9abf8fb8c98b07e9971242ef36b8964fb16dc06202d9d4b
8c54331db851572cc7aad3dc5b279415dacc51f0f81efff8ce3d2ab987dd3]]

**4:09-bk-04901-EWH Notice will be electronically mailed to:**

ERIC SLOCUM SPARKS on behalf of Debtor TREVOR BAUGH
eric@ericslocumsparkspc.com, law@ericslocumsparkspc.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

TREVOR CRAIG BAUGH,

Debtor.

No. 4:09-bk-04901-EWH

Chapter 11

NOTICE OF HEARING

PLEASE TAKE NOTICE that a Case Management Hearing pursuant to the Order attached in the above will be held before the Honorable Eileen W. Hollowell at the United States Bankruptcy Court, 38 S. Scott Ave, Room 446, Tucson, Arizona on **April 30, 2009 at 10:00 a.m.**

DATED March 23, 2009.

LAW OFFICES OF
ERIC SLOCUM SPARKS, P.C.

/s/ Sparks #11726
Eric Slocum Sparks
Attorney for Debtors

COPIES of the foregoing
mailed March 23, 2009 to:

UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

All parties in interest and
creditors listed on the
master mailing matrix

/s/ K. Horak

---

FORM cb1tcaseb

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

TREVOR CRAIG BAUGH
92 W. SIMPSON ST.
TUCSON, AZ 85701
SSAN: xxx-xx-1318
EIN:

Case No.: 4:09-bk-04901-EWH

Chapter: 11

Debtor(s)

CASE MANAGEMENT ORDER

The above captioned case was filed as a Chapter 11 reorganization proceeding.

Therefore, in order to efficiently process this Chapter 11 case to prompt conclusion, a status hearing will be held at the U.S. Bankruptcy Court, James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 446, Tucson, AZ on 4/30/09 at 10:00 AM. Debtor's counsel shall give notice of this hearing to the United States Trustee, the 20 largest unsecured creditors, and to any attorney or other party-in-interest who has appeared in this case. At such status hearing, counsel and the court shall address the following issues and schedule future hearings, as necessary:

1. Whether counsel has been appointed;
2. Whether reports to the U.S. Trustee have been filed and are current;
3. Whether administrative, operating expenses have been paid on a current basis;
4. The status of all FICA, FUTA and other employee withholdings (failure to abide by the law will be with respect to these issues may constitute immediate cause for conversion to Chapter 7);
5. An "inventory" of problems which the debtor must resolve in the case;
6. Proposed deadline for:
   a. Filing objections to claims;
   b. Avoidance actions;
   c. Disclosure statement;
   d. Resolution of other pending litigation.

Failure to file monthly operating reports to the U.S. Trustee or to pay quarterly fees, may constitute grounds for immediate conversion to Chapter 7 or dismissal of the case.

This case management order is governed by 11 U.S.C. § 105.

Date: March 20, 2009

BY THE COURT

HONORABLE Eileen W. Hollowell
United States Bankruptcy Judge

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704
Telephone number: (520) 202-7500
www.azb.uscourts.gov

**File a Notice of Hearing :**

4:09-bk-04901-EWH TREVOR CRAIG BAUGH

Type: bk                Chapter: 11 v           Office: 4 (Tucson)
Assets: y               Judge: EWH

Notice of Electronic Filing

The following transaction was received from ERIC SLOCUM SPARKS entered on 3/23/2009 at 11:14 AM AZ and filed on 3/23/2009

**Case Name:**         TREVOR CRAIG BAUGH
**Case Number:**       4:09-bk-04901-EWH
**Document Number:** 7

**Docket Text:**
Notice of Hearing of *Case Management* filed by ERIC SLOCUM SPARKS of ERIC SLOCUM SPARKS PC on behalf of TREVOR CRAIG BAUGH (related document(s)[5] Chapter 11 Case Management Order (EWH) Hearing set for 4/30/2009 at 10:00 AM at 38 S. Scott Avenue, Courtroom 446, Tucson, AZ (Tucson Court - JMM/EWH),(SPARKS, ERIC)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Server_D_Drive\CLIENTS\Baugh, C\Case Mngt Hrg.Nc.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559664 [Date=3/23/2009] [FileNumber=13525262-0
] [428663eef63f0911daf15b9ab8f0b8c98b07e997124a2ef36b8964fb16dc06202a9d4b
8c54331db851572cc7aad3dc5b279415daec510f81eff8ce3d2ab9877dd3]]

**4:09-bk-04901-EWH Notice will be electronically mailed to:**

ERIC SLOCUM SPARKS on behalf of Debtor TREVOR BAUGH
eric@ericslocumsparkspc.com, law@ericslocumsparkspc.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

```
 1  Eric Slocum Sparks
    Arizona State Bar No. 11726
 2  LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
    110 South Church Avenue, #2270
 3  Tucson, Arizona 85701
    Telephone (520) 623-8330
 4  Facsimile (520) 623-9157
    eric@ericslocumsparkspc.com
 5
    Attorney for Debtors
 6
 7                  IN THE UNITED STATES BANKRUPTCY COURT
 8                       FOR THE DISTRICT OF ARIZONA
 9  In re:                              )
                                        )  No. 4:09-bk-04901-EWH
10  TREVOR CRAIG BAUGH,                 )
                                        )  Chapter 11
11                                      )
                  Debtor.               )  NOTICE OF HEARING
12                                      )
13        PLEASE TAKE NOTICE that a Case Management Hearing pursuant to the Order attached in
14  the above will be held before the Honorable Eileen W. Hollowell at the United States Bankruptcy Court,
15  38 S. Scott Ave, Room 446, Tucson, Arizona on April 30, 2009 at 10:00 a.m.
16        DATED March 23, 2009.
17
                                           LAW OFFICES OF
18                                         ERIC SLOCUM SPARKS, P.C.
19                                         /s/ Sparks #11726
                                           Eric Slocum Sparks
20                                         Attorney for Debtors
21  COPIES of the foregoing
    mailed March 23, 2009 to:
22
    UNITED STATES TRUSTEE
23  230 N. First Ave. #204
    Phoenix, Arizona 85003
24
    All parties in interest and
25  creditors listed on the
    master mailing matrix
26
27  /s/ K. Horak
28
```

---

FORM oll1ewh

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                    Case No.: 4:09-bk-04901-EWH

TREVOR CRAIG BAUGH                        Chapter: 11
92 W. SIMPSON ST.
TUCSON, AZ 85701
SSAN: xxx-xx-1318
EIN:

Debtor(s)

CASE MANAGEMENT ORDER

The above captioned case was filed as a Chapter 11 reorganization proceeding.

Therefore, in order to efficiently process this Chapter 11 case to prompt conclusion, a status hearing will be held at the U.S. Bankruptcy Court, James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 446, Tucson, AZ on 4/30/09 at 10:00 AM. Debtor's counsel shall give notice of this hearing to the United States Trustee, the 20 largest unsecured creditors, and to any attorney or other party-in-interest which has appeared in this case. At such status hearing, counsel and the court shall address the following issues and schedule future hearings, as necessary:

1. Whether counsel has been appointed;
2. Whether reports to the U.S. Trustee have been filed and are current;
3. Whether administrative, operating expenses have been paid on a current basis;
4. The status of all FICA, FUTA and other employee withholdings (failure to abide by the law with respect to these issues may constitute immediate cause for conversion to Chapter 7);
5. An "inventory" of problems which the debtor must resolve in the case;
6. Proposed deadline for:
   a. Filing objections to claims;
   b. Avoidance actions;
   c. Disclosure statement;
   d. Resolution of other pending litigation.

Failure to file monthly operating reports to the U.S. Trustee or to pay quarterly fees, may constitute grounds for immediate conversion to Chapter 7 or dismissal of the case.

This case management order is governed by 11 U.S.C. § 105.

Date: March 20, 2009

                                          BY THE COURT

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona              HONORABLE Eileen W. Hollowell
38 S. Scott Avenue                          United States Bankruptcy Judge
Tucson, AZ 85701-1704
Telephone number: (520) 202-7500
www.azb.uscourts.gov

# File a Notice of Hearing :

4:09-bk-04901-EWH TREVOR CRAIG BAUGH
Type: bk          Chapter: 11 v          Office: 4 (Tucson)
Assets: y          Judge: EWH

**U.S. Bankruptcy Court**

**District of Arizona**

Notice of Electronic Filing

The following transaction was received from ERIC SLOCUM SPARKS entered on 3/23/2009 at 11:14 AM AZ and filed on 3/23/2009
**Case Name:** TREVOR CRAIG BAUGH
**Case Number:** 4:09-bk-04901-EWH
**Document Number:** 7

**Docket Text:**
Notice of Hearing *of Case Management* filed by ERIC SLOCUM SPARKS of ERIC SLOCUM SPARKS PC on behalf of TREVOR CRAIG BAUGH (related document(s)[5] Chapter 11 Case Management Order (EWH) Hearing set for 4/30/2009 at 10:00 AM at 38 S. Scott Avenue, Courtroom 446, Tucson, AZ (Tucson Court - JMM/EWH).(SPARKS, ERIC)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Server_D_Drive\CLIENTS\Baugh, C\Case Mngt Hrg-Ntc.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=3/23/2009] [FileNumber=13525262-0
] [42fl63ee630911daf159bab8fb8c98b07e9971242ef56b8964fb16dc0620f2a0d4b
8c54331d8851572cc7aed3dc5b279415dacc510f81eff8cc3d2ab9087dd3]]

**4:09-bk-04901-EWH Notice will be electronically mailed to:**

ERIC SLOCUM SPARKS on behalf of Debtor TREVOR BAUGH
eric@ericslocumsparkspc.com, law@ericslocumsparkspc.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:                              ) No. 4:09-bk-04901-EWH
                                    ) Chapter 11
TREVOR CRAIG BAUGH,                 )
                                    ) NOTICE OF HEARING
    Debtor.                         )
                                    )

PLEASE TAKE NOTICE that a Case Management Hearing pursuant to the Order attached in the above will be held before the Honorable Eileen W. Hollowell at the United States Bankruptcy Court, 38 S. Scott Ave. Room 446, Tucson, Arizona on **April 30, 2009 at 10:00 a.m.**

DATED March 23, 2009.

                          LAW OFFICES OF
                          ERIC SLOCUM SPARKS, P.C.

                          /s/ Sparks #11726
                          Eric Slocum Sparks
                          Attorney for Debtors

COPIES of the foregoing
mailed March 23, 2009 to:

UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

All parties in interest and
creditors listed on the
master mailing matrix

/s/ K. Honk

---

FORM 9d1ccmh

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                      Case No.: 4:09-bk-04901-EWH

TREVOR CRAIG BAUGH                          Chapter: 11
92 W. SIMPSON ST.
TUCSON, AZ 85701
SSAN: xxx-xx-1318
EIN:

Debtor(s)

## CASE MANAGEMENT ORDER

The above captioned case was filed as a Chapter 11 reorganization proceeding.

Therefore, in order to efficiently process this Chapter 11 case to prompt conclusion, a status hearing will be held at the U.S. Bankruptcy Court, James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 446, Tucson, AZ on 4/30/09 at 10:00 AM. Debtor's counsel shall give notice of this hearing to the United States Trustee, the 20 largest unsecured creditors, and to any attorney or other party-in-interest which has appeared in this case. At such status hearing, counsel and the court shall address the following issues and schedule future hearings, as necessary:

1. Whether counsel has been appointed;
2. Whether reports to the U.S. Trustee have been filed and are current;
3. Whether administrative, operating expenses have been paid on a current basis;
4. The status of all FICA, FUTA and other employee withholdings (failure to abide by the law with respect to these issues may constitute immediate cause for conversion to Chapter 7);
5. An "inventory" of problems which the debtor must resolve in the case;
6. Proposed deadline for:
   a. Filing objections to claims;
   b. Avoidance actions;
   c. Disclosure statement;
   d. Resolution of other pending litigation.

Failure to file monthly operating reports to the U.S. Trustee or to pay quarterly fees, may constitute grounds for immediate conversion to Chapter 7 or dismissal of the case.

This case management order is governed by 11 U.S.C. § 105.

Date: March 20, 2009                        BY THE COURT

                                            HONORABLE Eileen W. Hollowell
                                            United States Bankruptcy Judge

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704
Telephone number: (520) 202-7500
www.azb.uscourts.gov

**File a Notice of Hearing :**

4:09-bk-04901-EWH TREVOR CRAIG BAUGH

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 4 (Tucson) |
| Assets: y | Judge: EWH | |

U.S. Bankruptcy Court

District of Arizona

Notice of Electronic Filing

The following transaction was received from ERIC SLOCUM SPARKS entered on 3/23/2009 at 11:14 AM AZ and filed on 3/23/2009
**Case Name:** TREVOR CRAIG BAUGH
**Case Number:** 4:09-bk-04901-EWH
**Document Number:** 7

**Docket Text:**
Notice of Hearing of *Case Management* filed by ERIC SLOCUM SPARKS of ERIC SLOCUM SPARKS PC on behalf of TREVOR CRAIG BAUGH (related document(s)[5] Chapter 11 Case Management Order (EWH) Hearing set for 4/30/2009 at 10:00 AM at 38 S. Scott Avenue, Courtroom 446, Tucson, AZ (Tucson Court - JNM/EWH),(SPARKS, ERIC)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Server_D_Drive\CLIENTS\Baugh, C\Case Mngt Hrg.Ntc.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=3/23/2009] [FileNumber=13525262-0
] [42865eaf63091 1daf1569ab8b8e98607e997124 2ef36b8964fb16dc06202d9d4b
8c54331db851572ce7aad3dc5b27941 5dace51f0f81eff8ec3d2ab987dd3]]

**4:09-bk-04901-EWH Notice will be electronically mailed to:**

ERIC SLOCUM SPARKS on behalf of Debtor TREVOR BAUGH
eric@ericslocumsparkspc.com, law@ericslocumsparkspc.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV