TIFFANY & BOSCO
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-08768/1978205918

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Trevor Craig Baugh<br>    Debtor.<br>―――<br>Chase Home Finance LLC<br><br>    Movant,<br>vs.<br><br>Trevor Craig Baugh, Debtor; Office of the US Trustee, Trustee.<br><br>    Respondents. | No. 4:09-bk-04901-EWH<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE |

STATE OF ARIZONA    )
                               )ss.
County of Maricopa    )

    I, Mark S Bosco, under oath, depose and say:

    That on the 21st day of July, 2009, I mailed a copy of the Notice of Preliminary Hearing on

Movant's Motion for Relief from Stay, in referenced to the above-captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Trevor Craig Baugh
92 W. Simpson St.
Tucson, AZ 85701
Debtor

Eric Slocum Sparks
110 South Church Avenue
Suite 2270
Tucson, AZ 85701
Attorney for Debtor

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ 85003
Trustee

Natioanl Citi
Po Box 856176
Louisville, KY 40285-6176

National City Mgt.
PO Box 54828
Los Angeles, CA 90054-0828

Pima County Treasurer
PO Box 29011
Phoenix, AZ 85038

Prosper Market Place
268 Bush Street
PO Box 3134
San Francisco, CA 94104

THD/CBSD
Po Box 20507
Kansas City, MO 64195

Tru-Grocer Credit Union
PO Box 8145
Boise, ID 83707

Vantage West Credit Union

PO Box 15115
Tucson, AZ 85708

Wells Fargo
PO Box 30086
Los Angeles, CA 90030-0086

Wells Fargo
PO Box 54750
Los Angeles, CA 90054-0780

Wells Fargo
Po Box 54780
Los Angeles, CA 90054-0780

Arizona Department of Revenue
1600 W Monroe, 7th Floor
phoenix, AZ 85007

Internal Revenue service
210 e earll st
Phoenix, AZ 85012

TIFFANY & BOSCO, P.A.

By _____
Mark S Bosco
2525 East Camelback Road
Suite 300
Phoenix, Arizona 85016

SUBSCRIBED AND SWORN to before me this 21st day of July, 2009.

My Commission Expires:

_____
Notary Public

