# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | TREVOR CRAIG BAUGH |
| **Case Number:** | 4:09-BK-04901-EWH    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 06, 2009 02:00 PM   COURTROOM 206 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | ALICIA JOHNS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 8486 W. SIMPSON ST., TUCSON, AZ 85701 FILED BY MARK BOSCO OF TIFFANY & BOSCO ON BEHALF OF CHASE HOME FINANCE LLC (OH) .

**R / M #:**  43 / 0

## *Appearances:*

CALEB BROWN, APPEARING FOR ERIC SLOCUM SPARKS, ATTORNEY FOR TREVOR CRAIG BAUGH
LEONARD J. MCDONALD, ATTORNEY FOR CHASE HOME FINANCE L.L.C.

## *Proceedings:*

MR. MCDONALD STATES THE DEBTOR IS DUE FOR APRIL, 2009 FORWARD.

COURT:  A FINAL HEARING WILL BE SET FOR SEPTEMBER 3, 2009 AT 2:00 P.M., AND A FINAL EVIDENTIARY HEARING NOTICE WILL ISSUE.

***SUBSEQUENTLY, THE FINAL EVIDENTIARY HEARING WILL BE SET FOR SEPTEMBER 15, 2009 AT 1:30 P.M.