# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|                     |                                                      |
|---------------------|------------------------------------------------------|
| Debtor:             | TREVOR CRAIG BAUGH                                   |
| Case Number:        | 4:09-BK-04901-EWH    Chapter: 11                     |
| Date / Time / Room: | THURSDAY, SEPTEMBER 03, 2009 02:00 PM  COURTROOM 206 |
| Bankruptcy Judge:   | EILEEN W. HOLLOWELL                                  |
| Courtroom Clerk:    | TERESA MATTINGLY                                     |
| Reporter / ECR:     | EUNICE STROUD                                        |

## Matter:

FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CHASE HOME FINANCE, LLC RE 84 86 W. SIMPSON

R / M #:   43 / 0

## Appearances:

ERIC SLOCUM SPARKS, ATTORNEY FOR TREVOR CRAIG BAUGH
LEONARD J. MCDONALD, ATTORNEY FOR CHASE HOME FINANCE L.L.C., Appearing in Phoenix

## Proceedings:

Mr. Sparks states the client has made a payment to Chase which was returned. The parties think they can get this resolved.

Mr. McDonald agrees.

COURT: THE HEARING IS CONTINUED TO OCTOBER 1, 2009 AT 2:00 P.M.