Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICE OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701-3031
Telephone (520) 623-8330
Facsimile (520) 623-9157

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TREVOR CRAIG BAUGH<br><br>        Debtor. | No. 4-09-bk-04901-EWH<br><br>(Chapter 11)<br><br>NOTICE OF FILING MONTHLY FINANCIAL REPORT – AUGUST 2009 |

NOTICE IS HEREBY GIVEN that on September 23, 2009, the Debtor, through the undersigned counsel, filed the attached Monthly Operating Report for the period of August 2009 *for the Debtor, Trevor Craig Baugh*

DATED September 23, 2009.

                                      *THE LAW OFFICES OF*
                                      *ERIC SLOCUM SPARKS, P.C.*


                                      /s/ Sparks AZBAR #11726
                                      Eric Slocum Sparks
                                      Attorney for Debtor

COPIES of the foregoing
mailed September 23, 2009 to:

United States Trustee
230 N. Firs Ave. #204
Phoenix, AZ 85003

/s/ K. Horak

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 4:09-bk-04901-EWH
)
**TREVOR CRAIG BAUGH** ) INDIVIDUAL DEBTOR NOT ENGAGED IN
) BUSINESS MONTHLY REPORT
)
) MONTH OF: AUGUST
)
) DATE PETITION FILED: 3/17/2009
Debtor(s) )
) TAX PAYER ID NO. : 1318
last 4 digits only

(Co-Debtor's Social Securtiy Number)

Nature of Debtor's Business: _____
Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: _____ TO BE FILED: _____
DATE PLAN OF REORGANIZATION FILED: _____ TO BE FILED: _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____         _____
ORIGINAL SIGNATURE OF DEBTOR        SIGNATURE OF CO-DEBTOR

Trevor Craig Baugh
PRINTED NAME OF DEBTOR              PRINTED NAME OF CO-DEBTOR
                    12-Aug-09
DATE                                DATE

**PREPARER:**

_____         _____
ORIGINAL SIGNATURE OF PREPARER      TITLE

Trevor Craig Baugh
PRINTED NAME OF PREPARER            DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**

              PHONE NUMB    520-203-3699
                 ADDRES     92 W. Simpson St. Tucson, Az

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

| Case Number: | 4:09-bk-04901-EWH | | | | CASH SUMMARY | |
|---|---|---|---|---|---|---|

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | Checking | |
| ACCOUNT NO. (last 4 digits) | | #6823 | # | #6195 | |
| Balance at Beginning of Period | 370 | 9045 | | 160.06 | 9575.06 |
| **RECEIPTS** | | | | | |
| Wages - Debtor | | 4467 | | 1464.8 | 5932 |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Rental Income: | | | | | |
| 84 W. Simpson St. | | 895 | | | 895 |
| 86 W. Simpson St. | | 1000 | | | 1000 |
| 287 S. Scott St. | | 1425 | | | 1425 |
| 482 S. Convent Ave. | | | | | |
| 484 S. Convent Ave. | | | | 875 | 875 |
| Other (attach list) | | | | | |
| **TOTAL RECEIPTS** | 494 | 7787 | 0 | 2339.8 | 10127 |
| **TOTAL DISBURSEMENTS** | | | | | 11043 * |
| **Balance at End of Month** | 864 | 6439 | | 1356 | 8659 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name | | | | |
| Acct # | | | | |
| Name | | | | |
| Acct # | | | | |
| Name | | | | |
| Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements (from above) | 11,043.00 * |
| Plus: Payroll deductions (from page 4) | 2,292.00 |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| Total Disbursements for Calculating Quarterly Fees | 13,335.00 |

| Case Number: 4:09-bk-04901-EWH | | CASE STATUS |

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | x |
| 2. Have you made any payments to an attorney or accountant this month? | | x |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | x |
| 4. Have any post-petition loans been received by the debtor(s) from any party? | | x |
| 5. Have any insurance policies or coverages expired? | | x |
| 6. Are any post-petition real estate taxes past due? | | x |
| 7. Have any pre-petition taxes been paid during this reporting period? | | x |
| 8. Do you expect any significant income changes within the next 90 days? | | x |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | x |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

What progress has been made, during the reporting period, towards reorganinzing your estate ?

| Case Number: | 4:09-bk-04901-EWH |
|---|---|

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

*ATTACH COPIES OF BANK STATEMENTS*

Month: August
Account # 6823

Bank Name Chase

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 1-Aug | Shell | Gas/Auto | 150 |
| 1-Aug | Albertsons | Groceries | 425 |
| 1-Aug | Custom Cleaner | Dry Cleaning | 75 |
| | | Total Cash/Electronic Disbursements | 650 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| Online Pay | 08/03/09 | M and I Bank | Payment for 482-484 S. Convent | 2831.72 |
| Online Pay | 08/03/09 | Tucson Water | 84-86 W. Simpson | 66.94 |
| Online Pay | 08/03/09 | Tucson Water | 92 W Simpson | 59.67 |
| Online Pay | 5-Aug | Direct Tv | Satalite 484 W Simpson | 38.4 |
| Online Pay | 6-Aug | Cox | Cable/internet 92 W Simpson | 92.46 |
| Online Pay | 7-Aug | E-Konomy Pool | Pool Cleaning | 105 |
| Online Pay | 7-Aug | TEP | Electric 482 S Convent | 10.38 |
| Online Pay | 14-Aug | Water Tec | Soft water 84 W Simpson | 24.32 |
| Online Pay | 14-Aug | Water Tec | Soft water 92 W Simpson | 16.22 |
| Online Pay | 18-Aug | Central Insurance | Insurance-auto | 373.8 |
| Online Pay | 20-Aug | Gold gym | gym fee | 28.56 |
| online Pay | 21-Aug | Jim or Norma Rutherford | Monthy payment to parents | 425 |
| Online Pay | 24-Aug | SW gas | 92 W Simpson | 140 |
| Online Pay | 24-Aug | SW gas | 482 S convent | 18.4 |
| Online Pay | 25-Aug | M and I Bank | Payment for 482-484 S. Convent | 2831.72 |
| Online Pay | 27-Aug | At and t | Phone and internet | 341.57 |
| Online Pay | 27-Aug | TEP | 92 W Simpson | 269.55 |
| Online Pay | 27-Aug | Tresco | 92 w Simpson Refrigerator repair | 152.4 |
| Online Pay | 27-Aug | Tucson Water | 484 S Convent | 72.11 |
| Online Pay | 27-Aug | Tucson Water | 86 W Simpson | 41.84 |
| Online Pay | 27-Aug | Qwest | Internet 484 Convent | 38.65 |
| Online Pay | 27-Aug | Tucson Water | 484 S Convent | 32.62 |
| 1095 | 5-Aug | Chris Crawford | Training | 250 |
| 1096 | 17-Aug | Tresco | Refrigerator repair | 152 |
| 1097 | 14-Aug | Craig Baugh | Cash | 300 |
| 1098 | 24-Aug | Chris Crawford | Training | 250 |
| online Pay | 31-Aug | Country Life | Life insurance | 285.74 |
| Total checks listed on this page | | | | 9249.07 |
| Total checks listed on continuation pages | | | | 1143.52 |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 11043 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | Payroll Deductions |
|---|---|---|---|---|---|
| Debtor | 8/4/2009 | 2056.04 | 573 | 1483 | 573 |
| | 8/11/2009 | 2056.04 | 573 | 1483 | 573 |
| | 8/18/2009 | 2056.04 | 573 | 1483 | 573 |
| | 8/25/2009 | 2056.04 | 573 | 1483 | 573 |

| Total Payroll Deductions - report on page 2 | 2292 |
|---|---|

Page 4

CASE NUMBER 4:09-bk-04901-EWH

# CONTINUATION SHEET
(INDIVIDUAL ACCOUNTS)
*ATTACH COPIES OF BANK STATEMENTS*

**Month:** August
**Account #** 6195

**Bank Name** Chase

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| Card Purch | 5-Aug | Dakotacom | Internet provider 484 s convent | 43 |
| Card Purch | 13-Aug | Weak Knees | Remote control television | 56.83 |
| ATM | 17-Aug | Craig Baugh | cash | 100 |
| Card Purch | 17-Aug | Safeway | Gas | 52.73 |
| Card Purch | 17-Aug | Ace Hardware | Supplies 484 S Convent | 4.32 |
| ATM | 21-Aug | Craig Baugh | cash | 100 |
| Card Purch | 24-Aug | Albertsons | Supplies 484 S Convent | 78.8 |
| Card Purch | 27-Aug | Albertsons | Supplies 484 S Convent | 134.62 |
| ATM | 27-Aug | Craig Baugh | cash | 100 |
| Card Purch | 28-Aug | Shell | Gas | 57.92 |
| Card Purch | 31-Aug | Target | Supplies 484 S Convent | 186.77 |
| Card Purch | 31-Aug | Sparkle Cleaner | Dry Cleaning | 23.24 |
| Online Pay | 3-Aug | Tucson Water | 484 S convent | 43.01 |
| Online Pay | 7-Aug | TEP | 484 S convent | 150.24 |
| Online Pay | 24-Aug | SW Gas | 484 S convent | 12.04 |

| TOTAL DISBURSEMENTS - THIS PAGE | 1143.52 |
|---|---|



JPMorgan Chase Bank, N.A.
Arizona Market
P O Box 260180
Baton Rouge, LA 70826-0180

August 01, 2009 through August 31, 2009
Account Number: 000000

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

ӀӀ..Ӏ..Ӏ.Ӏ.Ӏ..ӀӀ.....ӀӀ..Ӏ.Ӏ..Ӏ.Ӏ.Ӏ..Ӏ.ӀӀӀ.Ӏ.....Ӏ.ӀӀ..Ӏ.Ӏ
00013267 DDA 601 211 24409 - NNNNN 1 000000000 65 0000
TREVOR CRAIG BAUGH DIP
DEBTOR IN POSSESSION
CASE #B-09-04901-TUC-EWH
92 W SIMPSON ST
TUCSON AZ 85701-2242



## CHECKING SUMMARY  Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $9,045.20 |
| Deposits and Additions | 3 | 4,853.20 |
| Checks Paid | 4 | - 952.00 |
| Electronic Withdrawals | 23 | - 8,297.07 |
| **Ending Balance** | 30 | **$4,649.33** |

Your monthly service fee was waived because you maintained an average checking balance of $4,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | ATM Check Deposit | $1,895.00 |
| 08/13 | ATM Check Deposit | 1,479.11 |
| 08/24 | ATM Check Deposit | 1,479.09 |
| **Total Deposits and Additions** | | **$4,853.20** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1095 | 08/05 | $250.00 |
| 1096 | 08/17 | 152.00 |
| 1097 | 08/14 | 300.00 |
| 1098 | 08/24 | 250.00 |
| **Total Checks Paid** | | **$952.00** |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Online Payment 600895764 To M And I Bank | $2,831.72 |
| 08/03 | Online Payment 600898424 To Tucson Water | 66.94 |
| 08/03 | Online Payment 600898775 To Tucson Water | 59.67 |
| 08/05 | Directv Payment PPD ID: 9Dtvdtv | 38.40 |
| 08/06 | Cox Comm Phx Bank Draft PPD ID: 1860198371 | 92.46 |
| 08/07 | Online Payment 603468997 To E-Konomy Pool | 105.00 |
| 08/07 | Online Payment 603469740 To Tucson Electric Power | 10.38 |
| 08/14 | Online Payment 607504743 To Water Tec of Tucson, Inc. | 24.32 |
| 08/14 | Online Payment 607505017 To Water Tec of Tucson | 16.22 |
| 08/18 | Central Ins Cos Insur Prem PPD ID: 1344202560 | 373.80 |
| 08/20 | Gold's Dt Gymaccount PPD ID: 1860910005 | 28.56 |
| 08/21 | Online Payment 572779291 To Jim OR Norma Rutherford | 425.00 |
| 08/24 | Online Payment 611571121 To Southwest Gas Corporation | 140.00 |
| 08/24 | Online Payment 611570884 To Southwest Gas Corporation | 18.40 |
| 08/25 | Online Payment 600894716 To M And I Bank | 2,831.72 |
| 08/27 | Online Payment 613669716 To AT&T Mobility | 341.57 |
| 08/27 | Online Payment 613667051 To Tucson Electric Power | 269.55 |
| 08/27 | Online Payment 613671696 To Tresco | 152.40 |
| 08/27 | Online Payment 613670425 To Tucson Water | 72.11 |
| 08/27 | Online Payment 613670146 To Tucson Water | 41.84 |
| 08/27 | Online Payment 613670622 To Qwest | 38.65 |
| 08/27 | Online Payment 613669922 To Tucson Water | 32.62 |
| 08/31 | Country Life Ins Clic-Amp PPD ID: 0002329886 | 285.74 |
| **Total Electronic Withdrawals** | | **$8,297.07** |



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/03 | $6,086.87 | 08/18 | 8,098.40 |
| 08/04 | 7,981.87 | 08/20 | 8,069.84 |
| 08/05 | 7,693.47 | 08/21 | 7,644.84 |
| 08/06 | 7,601.01 | 08/24 | 8,715.53 |
| 08/07 | 7,485.63 | 08/25 | 5,883.81 |
| 08/13 | 8,964.74 | 08/27 | 4,935.07 |
| 08/14 | 8,624.20 | 08/31 | 4,649.33 |
| 08/17 | 8,472.20 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 3 |
| Deposited Items | 4 |
| **Transaction Total** | **16** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |



## SERVICE CHARGE SUMMARY (continued)

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



JPMorgan Chase Bank, N.A.
Arizona Market
P O Box 260180
Baton Rouge, LA 70826-0180

August 01, 2009 through August 31, 2009
Account Number: 00000

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00007108 DDA 601 141 24409 - NNNNN T 1 000000000 65 0000
TREVOR CRAIG BAUGH DIP
DEBTOR IN POSSESSION
482 484 S CONVENT AVE
92 W SIMPSON ST
TUCSON AZ 85701-2242

## CHECKING SUMMARY  Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $160.06 |
| Deposits and Additions | 2 | 2,339.80 |
| ATM & Debit Card Withdrawals | 12 | - 938.23 |
| Electronic Withdrawals | 3 | - 205.29 |
| **Ending Balance** | 17 | **$1,356.34** |

Your monthly service fee was waived because you had at least 5 debit card purchases during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | Deposit     519716628 | $875.00 |
| 08/28 | ATM Check Deposit | 1,464.80 |
| **Total Deposits and Additions** | | **$2,339.80** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/05 | Card Purchase | 08/04 Dakotacom.Net 866-666-0425 AZ Card 9169 | $43.00 |
| 08/13 | Card Purchase | 08/12 Weaknees Com 310-8424700 CA Card 9169 | 56.83 |
| 08/17 | ATM Withdrawal | 08/16 947 N Park Ave Tucson AZ Card 9169 | 100.00 |
| 08/17 | Card Purchase With Pin | 08/16 1940 E Broadway Tucson AZ Card 9169 | 52.73 |
| 08/17 | Card Purchase | 08/15 Ace Hardware Tucson AZ Card 9169 | 4.32 |
| 08/21 | ATM Withdrawal | 08/20 3033 E Broadway Tucson AZ Card 9169 | 100.00 |
| 08/24 | Card Purchase | 08/22 Albertsons #972 Tucson AZ Card 9169 | 78.80 |
| 08/27 | Card Purchase | 08/26 Albertsons #972 Tucson AZ Card 9169 | 134.62 |
| 08/27 | ATM Withdrawal | 08/27 6257 E Broadway Rd Tucson AZ Card 9169 | 100.00 |

# CHASE 

August 01, 2009 through August 31, 2009
Account Number: 000000

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/28 | Card Purchase With Pin  08/27 Shell Service Station Tucson AZ Card 9169 | 57.92 |
| 08/31 | Card Purchase W/Cash   08/30 Target T1316 Tucson Tucson AZ Card 9169 Purchase $146.77 Cash Back $40.00 | 186.77 |
| 08/31 | Card Purchase       08/28 Sparkle Cleaners Tucson AZ Card 9169 | 23.24 |
| **Total ATM & Debit Card Withdrawals** | | **$938.23** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Online Payment 600899226 To Tucson Water | $43.01 |
| 08/07 | Online Payment 603472920 To Tucson Electric Power | 150.24 |
| 08/24 | Online Payment 611570689 To Southwest Gas Corporation | 12.04 |
| **Total Electronic Withdrawals** | | **$205.29** |

## REWARDS SUMMARY — Chase Leisure Rewards

Leisure **REWARDS**

| DATE | DESCRIPTION | POINTS |
|---|---|---|
| 08/31 | You can give the perfect gift this holiday season. Redeem your points for Chase Gift Cards for your customers or employees. They can be used anywhere Visa is accepted and are available in increments of $25, $50 and $100. Log on to chase.com/BizLeisure to order Chase Gift Cards and see the full catalog of gifts available. | |
| | Debit Card ending in 9169 - Leisure points balance as of 08/31/09 | 8,262 |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/03 | $117.05 | 08/21 | 484.93 |
| 08/05 | 74.05 | 08/24 | 394.09 |
| 08/06 | 949.05 | 08/27 | 159.47 |
| 08/07 | 798.81 | 08/28 | 1,566.35 |
| 08/13 | 741.98 | 08/31 | 1,356.34 |
| 08/17 | 584.93 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 10 |
| Deposits / Credits | 4 |
| Deposited Items | 2 |
| **Transaction Total** | **16** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |