# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|                   |                                              |          |    |
|-------------------|----------------------------------------------|----------|----|
| **Debtor:**       | TREVOR CRAIG BAUGH                           |          |    |
| **Case Number:**  | 4:09-BK-04901-EWH                            | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 27, 2009 10:15 AM  COURTROOM 446 |     |    |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL                      |          |    |
| **Courtroom Clerk:** | TERESA MATTINGLY                          |          |    |
| **Reporter / ECR:** | EUNICE STROUD                              |          |    |

## Matter:

HEARING TO DETERMINE WHETHER CASE SHOULD BE CONVERTED OR DISMISSED FOR FAILURE TO FILE DISCLOSURE STATEMENT AND PLAN.

**R / M #:**   59 / 0

## Appearances:

ERIC SLOCUM SPARKS, ATTORNEY FOR TREVOR CRAIG BAUGH

## Proceedings:

Mr. Sparks states that he has the disclosure statement and plan and will file them no later than Monday.

COURT: A HEARING ON APPROVAL OF THE DISCLOSURE STATEMENT WILL BE SET FOR TUESDAY, DECEMBER 8, 2009 AT 10:30 A.M. Counsel to notice hearing.