# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | TREVOR CRAIG BAUGH |
| **Case Number:** | 4:09-BK-04901-EWH    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 08, 2009 10:30 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## Matter:

HEARING ON APPROVAL OF DISCLOSURE STATEMENT.

**R / M #:**   83 / 0

## Appearances:

ERIC SLOCUM SPARKS, ATTORNEY FOR TREVOR CRAIG BAUGH
NANCY MARCH, ATTORNEY FOR JUDITH CLARK
LISA KASS, ATTORNEY FOR KONDAUR CAPITAL, Appearing by telephone

## Proceedings:

Mr. Sparks states that there is a continued lift stay hearing and Mr. McDonald has agreed to allow the hearing to ride the confirmation calendar.

Court distributes copy of Minute Entry order that allows debtor two weeks to get an amended disclosure statement on file.

Mr. Sparks needs more than two weeks to file the amended disclosure statement.  He requests three weeks.

Ms. March does not object.

COURT: DEBTOR MAY HAVE AN EXTENSION TO THREE WEEKS TO PROVIDE AN AMENDED DISCLOSURE STATEMENT.

Copy to J. Medina.