# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | TREVOR CRAIG BAUGH |
| **Case Number:** | 4:09-BK-04901-EWH  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 14, 2009 03:30 PM  COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matter:*

MOTION TO DENY RELIEF FOR LACK OF PROSECUTION (set at hrg. held 11/10/09)

**R / M #:** 43 / 0

## *Appearances:*

ERIC SLOCUM SPARKS, ATTORNEY FOR TREVOR CRAIG BAUGH

## *Proceedings:*

THE COURT NOTES THERE IS NO APPEARANCE BY THE MOVANT. THIS HEARING IS VACATED. A SEPARATE RULING WILL ISSUE.